**H1 LAW GROUP**
Jill Garcia, NV Bar No. 7805
jill@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax     702-703-1063

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STARLA MARTINEZ, an individual,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>THE ROMAN CATHOLIC BISHOP OF LAS VEGAS, AND HIS SUCCESSORS, Inc., Domestic Corporation,<br><br>　　　　　　　　Defendant. | CASE NO.: 2:21-cv-01206-JCM-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE DATE OF EARLY NEUTRAL EVALUATION SESSION**<br><br>**[First Request]** |

Pursuant to Local Rules 7-1 and 16-6, Plaintiff Starla Martinez ("Plaintiff") and Defendant The Roman Catholic Bishop of Las Vegas, and His Successors ("Defendant"), collectively referred to as the ("Parties"), by and through their respective counsel, hereby stipulate and jointly request as follows:

　　　　1.　　On August 10, 2021, the Court scheduled the Early Neutral Evaluation Session ("ENE") for October 28, 2021 and further set the deadline to submit Confidential ENE Statements for October 21, 2021. *See* ECF 10.

　　　　2.　　The deadline to submit a request to continue the ENE is September 10, 2021.

　　　　3.　　Counsel for the Parties exchanged correspondence regarding the current date for the ENE.  Defense counsel notified Plaintiff's counsel that general counsel for Defendant is not available on October 28, 2021.

　　　　4.　　The Parties believe additional time for initial discovery would allow the parties to have sufficient information to engage in a productive ENE.

　　　　5.　　The Parties respectfully request that the Court reschedule the ENE, preferably for a date on or after October 28, 2021, as convenient to the Court's schedule.

1

6. The Parties propose any of the days during the week of November 1-4, 8-11 and 15-18, 2021 for the rescheduled ENE.

7. The Parties further request that the deadline to submit Confidential ENE Statements be rescheduled to comport with the new date for the ENE.

8. This stipulation and order is sought in good faith and not for the purposes of delay.

9. This is the first request to continue the ENE.

Dated this 2nd day of September 2021.                Dated this 2nd day of September 2021.

H1 LAW GROUP                                          HATFIELD & ASSOCIATES, LTD.

 /s/ Jill Garcia                                      /s/ Trevor J. Hatfield
Jill Garcia, NV Bar No. 7805                          Trevor J. Hatfield, NV Bar No. 7373
jill@h1lawgroup.com                                   thatfield@hatfieldlawassociates.com
701 N. Green Valley Pkwy., Suite 200                  703 S. Eighth Street
Henderson, NV 89074                                   Las Vegas, NV 89101
Phone 702-608-3720                                    Phone  702-388-4469
Fax    702-703-1063                                   Fax    702-386-9825
*Attorneys for Defendant*                             *Attorneys for Plaintiff*

**ORDER**

IT IS HEREBY ORDERED that the Early Neutral Conference scheduled on October 28, 2021 is rescheduled to November 3, 2021 at 9:00 a.m.  Confidential ENE statements shall be submitted to chambers no later than October 27, 2021.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: September 3, 2021

2