**H1 LAW GROUP**
Jill Garcia, NV Bar No. 7805
jill@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax     702-703-1063

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STARLA MARTINEZ, an individual, | CASE NO.: 2:21-cv-01206-JCM-NJK |
| Plaintiff, | |
| vs. | **DEFENDANT'S REQUEST FOR EXEMPTION FROM IN PERSON ATTENDANCE FOR EARLY NEUTRAL EVALUATION** |
| THE ROMAN CATHOLIC BISHOP OF LAS VEGAS, AND HIS SUCCESSORS, Inc., Domestic Corporation, | |
| Defendant. | |

The Early Neutral Evaluation ("ENE") session in this case is scheduled to take place October 28, 2021. Defendant The Roman Catholic Bishop of Las Vegas and His Successors, a Corporation Sole ("RCB" or "Defendant"), will have Judith Simon-Kohl, general counsel for RCB, in attendance at the ENE.

However, RCB is insured by the Catholic Mutual Group, with its adjuster being located in Sarasota, Florida. Due to COVID concerns in traveling at this time, RCB respectfully requests that the carrier be permitted to attend the ENE remotely.  The carrier will be available, and participate, during the entirety of the ENE session.

Dated this 27th day of August 2021.

IT IS SO ORDERED.

_[signature]_
U.S. MAGISTRATE JUDGE

Dated:  September 16, 2021

H1 LAW GROUP

_[signature]_
Jill Garcia, NV Bar No. 7805
jill@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax     702-703-1063

*Attorneys for Defendant*

1