1  **H1 LAW GROUP**
   Jill Garcia, NV Bar No. 7805
2  jill@h1lawgroup.com
   701 N. Green Valley Parkway, Suite 200
3  Henderson, NV 89074
   Phone  702-608-3720
4  Fax      702-703-1063

5  *Attorneys for Defendant*

6                           UNITED STATES DISTRICT COURT

7                                  DISTRICT OF NEVADA

8  STARLA MARTINEZ, an individual,              Case No.: 2:21-cv-01206-JCM-NJK

9                  Plaintiff,
           vs.
10                                               **STIPULATION AND ORDER FOR**
   THE ROMAN CATHOLIC BISHOP OF                  **DISMISSAL WITH PREJUDICE**
11 LAS VEGAS, AND HIS SUCCESSORS,
   Inc., Domestic Corporation,
12
                   Defendant.
13

14         Plaintiff Starla Martinez ("Plaintiff") and Defendant The Roman Catholic Bishop of Las

15 Vegas, and His Successors ("Defendant"), collectively referred to as the ("Parties"), by and

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

1

1  through their respective counsel, hereby stipulate to the dismissal of all claims in this matter with
2  prejudice, with each party to bear its own fees and costs.
3  Dated this 17th day of November 2021.   Dated this 17th day of November 2021.
4  H1 LAW GROUP                           HATFIELD & ASSOCIATES, LTD.

6  /s/ Jill Garcia                        /s/ Trevor J. Hatfield
   Jill Garcia, NV Bar No. 7805           Trevor J. Hatfield, NV Bar No. 7373
   jill@h1lawgroup.com                    thatfield@hatfieldlawassociates.com
7  701 N. Green Valley Pkwy., Suite 200   703 S. Eighth Street
   Henderson, NV 89074                    Las Vegas, NV 89101
8  Phone 702-608-3720                     Phone  702-388-4469
   Fax    702-703-1063                    Fax    702-386-9825

   *Attorneys for Defendant*              *Attorneys for Plaintiff*

12       IT IS SO ORDERED.



UNITED STATES DISTRICT JUDGE

DATED: November 19, 2021



2